UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HUMAN RIGHTS DEFENSE CENTER<br>1901 South Congress Avenue, Suite 200<br>Boynton Beach, Florida 33426<br><br>　　　Plaintiff,<br><br>v.<br><br>FEDERAL BUREAU OF INVESTIGATION,<br>935 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20535<br><br>　　　Defendant. | Case No. 25-cv-3920 |

**COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF**

Plaintiff Human Rights Defense Center respectfully submits this Complaint for declaratory and injunctive relief finding Defendant Federal Bureau of Investigation has violated the Freedom of Information Act, 5 U.S.C. § 552, *et seq.* ("FOIA"), and ordering it to comply with its obligations.

**Introduction**

1. On or about July 10, 2024, Plaintiff Human Rights Defense Center ("Plaintiff" or "HRDC") submitted a written request under FOIA for records held by Defendant Federal Bureau of Investigation ("Defendant" or the "FBI"). The requested records concerned the FBI's FOIA litigation payments made over the past decade to resolve FOIA claims against Defendant and its employees, as well as, for each such claim or case, a copy of the complaint(s) or claim form(s) and the verdict form, final judgment, consent decree, or other paper that resolve the case or claim. To date, however, the FBI has completely failed its obligations under FOIA to provide the public records that HRDC seeks. Accordingly, HRDC requests that this Court order the FBI to

comply; enjoin the FBI from further neglecting its duties under federal law; and reimburse HRDC the legal fees and costs it has incurred in bringing this action.

## Parties, Jurisdiction, Venue

2. Plaintiff Human Rights Defense Center is a nonprofit charitable organization incorporated under the laws of the State of Washington and recognized as tax exempt under IRS Code § 501(c)(3). The core of HRDC's mission is public education, prisoner education, advocacy, and outreach in support of the rights of prisoners and in furtherance of basic human rights. Among other publications, HRDC distributes the preeminent news publication across penological institutions in the United States: *Prison Legal News* ("PLN").

3. Defendant Federal Bureau of Investigation is an agency of the United States within the meaning of 5 U.S.C. § 552(f)(1) and is a component of the Department of Justice, which is an agency of the United States within the meaning of 5 U.S.C. § 552(f)(1). The FBI is headquartered in Washington, D.C. The FBI has possession, custody, and control of the records requested by HRDC.

4. This Court has jurisdiction pursuant to 28 U.S.C. § 1331 and 5 U.S.C. § 522(a)(4)(B).

5. Venue is proper in this District under 28 U.S.C. § 1391(e).

## FACTUAL BACKGROUND

6. HRDC currently distributes dozens of different criminal justice, legal and self-help titles, including its prolific monthly periodical that reports and analyzes criminal justice news on a national level: *PLN*. Produced continuously since 1990, the publication has approximately 5,000 subscribers in 50 states, including lawyers, journalists, judges, courts, public libraries, and universities. Surveys indicate that *PLN*'s readership is approximately ten

times the subscriber number. HRDC also maintains a listserv and a website at www.prisonlegalnews.org, which receives approximately 700,000 visitors per month, according to site analytics. HRDC publishes books about the criminal justice system and legal issues for use by prisoners, lawyers, courts, libraries, and other members of the public.

7. HRDC also publishes *Criminal Legal News* ("*CLN*"), a monthly 56-page magazine that reports on criminal law and procedure, police civil rights litigation, policing, prosecutorial misconduct, sentencing issues and mass incarceration. *CLN* currently has approximately 2,500 subscribers in all 50 states and its website, www.criminallegalnews.org, receives approximately 300,000 visitors each month.

8. HRDC, through its publications, is a "representative of the news media" within the meaning of 5 U.S.C. § 552(a)(4)(A)(ii) because it gathers information of current interest to the public, uses its editorial skills to turn the raw materials into a distinct work, and distributes that work to a national audience through its various publications.

9. HRDC's employees, publications, and advocacy activities (including its litigation) have been widely cited in mainstream media sources, including The New York Times, CNN, The Wall Street Journal, USA Today, The Nation, BusinessWeek, Mother Jones, the Miami Herald, the National Law Journal, The Atlanta Journal Constitution, The Sacramento Bee, the Boston Herald, The Washington Times, Columbia Journalism Review, Courthouse News Service, and the First Amendment Center.

10. HRDC is a 501(c)(3) non-profit corporation that advocates on behalf of the human rights of people held in detention facilities in the United States. The core of HRDC's mission is public and prisoner education, advocacy, and outreach in support of the rights of

3

prisoners and in furtherance of basic human rights. To this end, HRDC has engaged in critical litigation throughout the country in an effort to hold the government accountable.

### The FOIA Request to the FBI – Request No. NFP-162823

11. On or about July 10, 2024, HRDC issued a written request to the FBI seeking:

records of all FOIA litigation against the Federal Bureau of Investigation (FBI) and/or its employees or agents where the agency and/or its insurers paid $1,000 or more to resolve claims. These payments include but are not limited to settlements, damages, attorney fee awards, and sanctions, irrespective of the identity of the plaintiff or claimant. Specifically, HRDC requests the following records, provided in electronic native format where possible, and otherwise in electronic format:

1. Records, regardless of physical form or characteristics, sufficient to show for all claims or lawsuits brought against FBI and/or any of its agents or employees in which payments totaling $1,000 or more were disbursed from July 9, 2014 to the present:

   - The name of all parties involved;
   - The case or claim number;
   - The jurisdiction in which the case or claim was brought (e.g., U.S. District Court for the District of Columbia, D.C. Superior Court, etc.);
   - The date of resolution;
   - The amount of money involved in the resolution and to whom it was paid.

2. For each case or claim detailed above:
   - The complaint or claim form and any amended versions;
   - The verdict form, final judgment, settlement agreement, consent decree, or other paper that resolved the case.

*See* HRDC's FOIA Request, attached as **Exhibit A**.

12. As a news media organization seeking records in the public interest, HRDC requested a waiver of duplication costs pursuant to 5 U.S.C. § 552 (a)(4)(A)(ii)(II) and 5 U.S.C. § 552 (a)(4)(A)(iii). *See id.*

13. Relevant to this request, the FBI, like many other federal agencies, reports its settlement and verdict payouts in an annual report to Congress through the Department of

4

Justice. Indeed, each year, agencies are required by law to submit an Annual FOIA Report to the Attorney General in accordance with 5 U.S.C. § 552(e)(1).

14. According to the Department of Justice, the report contains a list of all FOIA cases in which a decision was rendered by a federal court for that year. The "Fees and Costs" list provided in that annual report—in which the FBI provides its settlement and verdict payouts—contains cases "where court filings indicate that a party agreed to pay attorney fees or costs." *See* 2024 Litigation and Compliance Report, https://www.justice.gov/oip/2024-litigation-and-compliance-report.

15. While that report may contain some of the information subject to HRDC's request, it does not contain settlements and payouts where the party did not indicate a payment in a court filing. For example, the 2024 report identifies the matter of *James M. Slater v. Bureau of Prisons*, No. 5:23-cv-00724 (M.D. Fla.), in which it states that no funds were paid by the Federal Bureau of Prisons ("BOP"):

| Case Name | Case Number | Court | Disposition | Attorney Fees and Costs | Special Counsel | Subsections and Exemptions |
|---|---|---|---|---|---|---|
| Silversmith v. Federal Aviation Administration | 22-03613 | D.D.C. | Stipulation of dismissal with prejudice | | No | |
| Singh v. Customs and Border Protection | 24-00875 | D.D.C. | Stipulation of dismissal with prejudice | | No | |
| Skanska USA Building Inc. v. Department of Housing and Urban Development | 23-01838 | D.D.C. | Stipulation of dismissal with prejudice | | No | |
| Slater v. Bureau of Prisons | 23-00724 | M.D. Fla. | Stipulation of dismissal with prejudice | | No | |

16. Yet, BOP reimbursed HRDC's undersigned counsel—the named plaintiff in that case—$434.19 "for filing fees and litigation costs reasonably incurred in [that] matter." *See* Settlement Agreement, attached as **Exhibit B**.

17. While this specific settlement payment is not within the monetary limitation of HRDC's FOIA request, or directed to the FBI, it is illustrative of the fact public reports accessible to HRDC and the public contain neither the full nor accurate picture. Thus, while the

5

FBI may publicly report some of the information subject to HRDC's FOIA request, such reporting is not conclusive or exhaustive of the amounts paid by the agency and certainly does not encompass information that is not public facing, such as settlement agreements.

18. In response to HRDC's FOIA request, which the FBI identified as Request No. NFP-162823, on July 16, 2024, the FBI issued its determination in which it concluded that "the above referenced subject is not searchable in our indices." *See* Determination Letter, attached as **Exhibit C**.

19. On August 2, 2024, HRDC appealed. *See* Appeal, attached as **Exhibit D**.

20. That same day, the Department of Justice issued a processing letter for HRDC's appeal, in which it informed HRDC that the appeal was assigned number A-2024-02317. *See* Appeal Intake Letter, attached as **Exhibit E**.

21. On November 25, 2024, the Department of Justice affirmed the agency's denial of HRDC's FOIA request. *See* Appeal Determination Letter, attached as **Exhibit F.**

22. To date, HRDC has received no records from the FBI concerning its request.

## CAUSE OF ACTION
### Violation of 5 U.S.C. § 522(a)(3)
### Failure to Make a Reasonable Effort to Search for and Release Records

Plaintiff Human Rights Defense Center reincorporates and realleges paragraphs 1 through 22 above as if fully set forth herein.

23. HRDC properly submitted its FOIA request, seeking records within the possession, custody, and control of the FBI.

24. The FBI is obligated under 5 U.S.C. § 522(a)(3) to conduct a reasonable search and to produce records responsive to HRDC's request.

25. The FBI failed to satisfy the requirement to search and release records sought in the FOIA request and failed to provide an adequate, lawful justification for its failure.

26. As a result of the FBI's failure to conduct an adequate search and promptly produce the materials requested by HRDC, it has wrongfully withheld records and violated 5 U.S.C. § 522(a)(3) and its corresponding regulations.

### **Requested Relief**

Plaintiff Human Rights Defense Center respectfully requests that the Court:

A. Retain jurisdiction over this action;

B. Declare that the FBI's failure to produce the requested records is unlawful;

C. Declare that HRDC is entitled to disclosure of the requested records;

D. Order the FBI to immediately process and disclose all records responsive to the FOIA request that are not specifically exempt from disclosure under FOIA;

E. Enjoin the FBI from continuing to withhold any and all nonexempt records responsive to the FOIA request;

F. Award reasonable attorney's fees and costs of litigation under 5 U.S.C. § 552(a)(4)(E); and

G. Grant all other relief that the Court deems just and proper.

Dated: November 12, 2025

Respectfully submitted,

*/s/ James M. Slater*
James M. Slater (DC Bar # 1044374)
Slater Legal PLLC
2296 Henderson Mill Rd. N.E. #116
Atlanta, GA 30345
james@slater.legal
Tel. (404) 458-7283

*Attorneys for Plaintiff Human Rights Defense Center*