# Exhibit F



**U.S. Department of Justice**
Office of Information Policy
Sixth Floor
441 G Street, NW
Washington, DC 20530-0001

Telephone: (202) 514-3642

Tiffany Hollis

foia@humanrightsdefensecenter.org

Re:   Appeal No. A-2024-02317

Request No. NFP-162823

**VIA: Online Portal - 11/25/2024**

Dear Tiffany Hollis:

    You appealed from the action of the Federal Bureau of Investigation (FBI) on your Freedom of Information Act (FOIA) request for access to certain records concerning litigation where the FBI and/or its insurers paid $1,000 or more to resolve claims and all FOIA litigation where the FBI and/or its insurers paid $1,000 or more to resolve claims.  I note that your appeal concerns the FBI's determination that your request was not reasonably described.

    After carefully considering your appeal, I am affirming the FBI's action on your request.  A proper FOIA request for records must reasonably describe the records sought.  See 5 U.S.C. § 552(a)(3)(A); see also 28 C.F.R. § 16.3(b) (2023).  Your request for records related to such litigation claims would require the FBI to conduct an unreasonably burdensome search.  Your request is not reasonably described because you did not characterize the records sought in such a way that they could be located without individually pulling thousands of files.  Courts have consistently held that the FOIA does not require agencies to conduct "unreasonably burdensome" searches for records.  See, e.g., Nation Magazine v. U.S. Customs Serv., 71 F.3d 885, 892 (D.C. Cir. 1995).

    Further, please be advised that the FOIA does not require federal agencies to answer questions, create records, or conduct research in response to a FOIA request, but rather is limited to requiring agencies to provide access to reasonably described, nonexempt records.  See Students Against Genocide v. Dep't of State, 257 F.3d 828, 837 (D.C. Cir. 2001); Judicial Watch, Inc. v. Dep't of State, No. 15-690, 2016 WL 1367731 (D.D.C. 2016); Nat'l Sec. Counselors v. CIA, 898 F. Supp. 2d 233, 269 (D.D.C. 2012).

    Please be advised that this Office's decision was made only after a full review of this

matter. Your appeal was assigned to an attorney with this Office who thoroughly reviewed and analyzed your appeal, your underlying request, and the action of the FBI in response to your request.

If you are dissatisfied with my action on your appeal, the FOIA permits you to file a lawsuit in federal district court in accordance with 5 U.S.C. § 552(a)(4)(B).

For your information, the Office of Government Information Services (OGIS) offers mediation services to resolve disputes between FOIA requesters and Federal agencies as a non-exclusive alternative to litigation. Using OGIS services does not affect your right to pursue litigation. The contact information for OGIS is as follows: Office of Government Information Services, National Archives and Records Administration, Room 2510, 8601 Adelphi Road, College Park, Maryland 20740-6001; email at ogis@nara.gov; telephone at 202-741-5770; toll-free at 1-877-684-6448; or facsimile at 202-741-5769. If you have any questions regarding the action this Office has taken on your appeal, you may contact this Office and speak with the undersigned agency official by calling 202-514-3642.

Sincerely,

X_____
Christina Troiani
Chief, Administrative Appeals Staff