UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HUMAN RIGHTS DEFENSE CENTER,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL BUREAU OF INVESTIGATION,<br><br>Defendant. | Case No. 1:25-cv-03920-DLF |

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 and Local Civil Rule 26.1, the undersigned, counsel of record for Plaintiff Human Rights Defense Center ("HRDC"), certifies that to the best of my knowledge and belief, the following are parent companies, subsidiaries, affiliates, or companies which own at least 10% of the stock of HRDC, which have any outstanding securities in the hands of the public:

**None.**

These representations are made in order that the judges of this Court may determine the need for recusal.

Dated: November 14, 2025

                                                Respectfully submitted,

                                                */s/ James M. Slater*
                                                James M. Slater (DC Bar # 1044374)
                                                Slater Legal PLLC
                                                2296 Henderson Mill Rd. N.E. #116
                                                Atlanta, GA 30345
                                                james@slater.legal
                                                Tel. (404) 458-7283

                                                *Attorneys for Plaintiff Human Rights Defense Center*