UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

HUMAN RIGHTS DEFENSE CENTER,

     Plaintiff,

     v.

FEDERAL BUREAU OF INVESTIGATION,

     Defendant.

Civil Action No. 25-3920 (DLF)

## NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of Assistant United States Attorney

William Thanhauser as counsel for Defendant Federal Bureau of Investigation in this action.

Dated: December 9, 2025       Respectfully submitted,

                              */s/ William Thanhauser*

WILLIAM THANHAUSER, D.C. Bar #1737034
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-7706

*Attorney for the United States of America*