UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HUMAN RIGHTS DEFENSE CENTER, <br><br> Plaintiff, <br><br> v. <br><br> FEDERAL BUREAU OF INVESTIGATION, <br><br> Defendant. | Civil Action No. 25-3920 (DLF) |

**UNOPPOSED MOTION FOR AN EXTENSION
OF TIME TO RESPOND TO THE COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 6(b), Defendant respectfully moves, by and through undersigned counsel, for a 30-day extension of the deadline to respond to Plaintiff's Complaint, ECF No. 1. If the Court grants Defendant's motion, its response will be due on January 14, 2026. Defendant has conferred with counsel for Plaintiff, and Plaintiff does not oppose this request. Good cause supports this motion, as set forth below:

1.  Plaintiff filed this lawsuit on November 12, 2025. *See* ECF No. 1. The United States Attorney for the District of Columbia was served on November 13, 2025. Accordingly, the filing deadline for Defendant's response is December 15, 2025. *See* 5 U.S.C. § 552(a)(4)(C).

2.  Defendant respectfully requests an additional 30 days to answer or otherwise respond to the Complaint, which would bring this deadline to January 14, 2026.

3.  No previous extensions have been sought in this matter by either party.

4.  Good cause exists for this extension because undersigned counsel was just recently assigned to this matter and requires additional time to review the case with assigned agency counsel and formulate a response.

5. The requested extension would not affect any other deadlines in this case.

6. Pursuant to Local Civil Rule 7(m), the parties conferred regarding the requested extension of time, and Plaintiff does not oppose Defendant's request.

Dated: December 10, 2025                    Respectfully submitted,

*/s/ William Thanhauser*
WILLIAM THANHAUSER, D.C. Bar #1737034
Assistant United States Attorney
601 D Street, N.W.
Washington, D.C. 20530
Tel: (202) 252-7706
Email: william.thanhauser@usdoj.gov

*Attorney for the United States of America*