UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HUMN RIGHTS DEFENSE CENTER,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL BUREAU OF INVESTIGATION,<br><br>Defendant. | Civil Action No. 25-3920 (DLF) |

**[PROPOSED] ORDER**

Upon consideration of Defendant's Unopposed Motion for an Extension of Time to Respond to the Complaint, and for good cause shown, it is hereby

**ORDERED** that the Motion is **GRANTED**. It is further

**ORDERED** that Defendant shall Answer or otherwise respond to Plaintiff's Complaint, ECF No. 1, on or before January 14, 2026.

**SO ORDERED**, this ___ day of _____, 2025.

_____
DABNEY L. FRIEDRICH
United States District Judge