UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HUMAN RIGHTS DEFENSE CENTER,<br><br>        Plaintiff,<br><br>    v.<br><br>FEDERAL BUREAU OF INVESTIGATION,<br><br>        Defendant. | Civil Action No. 25-3920 (DLF) |

## JOINT STATUS REPORT

Pursuant to the Court's January 15, 2026, Minute Order, Plaintiff Human Rights Defense Center and Defendant Federal Bureau of Investigation ("FBI") respectfully submit this joint status report for this Freedom of Information Act ("FOIA") civil action. The parties report as follows:

1.    This case concerns a FOIA request submitted to FBI on July 10, 2024. Plaintiff's FOIA request generally sought records of all FOIA litigation against the FBI and/or its employees or agents where the agency and/or its insurers paid $1,000 or more to resolve claims. *See* ECF No. 1, ¶ 11. On July 16, 2024, FBI issued a letter to Plaintiff, conveying the agency's determination that, because Plaintiff's FOIA request did not reasonably describe the records sought, the request was not searchable in FBI's indices. *See* ECF No. 1-3. FBI's letter explained that the FBI Central Records System is indexed according to investigatory interests and, as such, is not arranged in a manner that allows for the retrieval of information in the form requested. *See id.* On August 2, 2024, Plaintiff administratively appealed FBI's decision to the Office of Information Policy of the U.S. Department of Justice ("DOJ/OIP"). On November 25, 2024, DOJ/OIP affirmed the FBI's action on Plaintiff's FOIA request. *See* ECF No. 1-6. DOJ/OIP explained that Plaintiff's request did not characterize the records sought in such a way that they

could be located without individually pulling thousands of files; and, as such, conducting the requested search would be unreasonably burdensome.  *See id.*

2. On November 12, 2025, Plaintiff filed the Complaint, alleging that it properly submitted its FOIA request and that FBI's failure to conduct an adequate search and promptly produce the materials requested violated FOIA.  *See* ECF No. 1, ¶¶ 23-26.  FBI answered the Complaint on January 14, 2026.  *See* ECF No. 7.

3. The parties have met and conferred, in an attempt to resolve the dispute, but have been unable to do so.  To that end, Defendant has, at the request of its counsel, confirmed that it is unable to search for the records requested in a manner that would not present an unreasonably burdensome effort.  Plaintiff disputes Defendant's contention and through this joint report does not waive any rights, remedies, or claims sought in the complaint.

4. In light of the foregoing, the parties respectfully propose that the Court establish the following summary judgment briefing schedule:

| Filing | Deadline |
| --- | --- |
| Defendant's Motion for Summary Judgment | March 26, 2026 |
| Plaintiff's Response and Cross-Motion | April 23, 2026 |
| Defendant's Reply and Cross-Response | May 21, 2026 |
| Plaintiff's Cross-Reply | June 18, 2026 |

\*      \*      \*

- 3 -

Dated: February 12, 2026

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

/s/ *James M. Slater*

James M. Slater, D.C. Bar # 1044374
2296 Henderson Mill Rd. N.E. #116
Atlanta, GA 30345
james@slater.legal
Tel. (404) 458-7283

By: /s/ *William Thanhauser*

WILLIAM THANHAUSER
D.C. Bar #1737034
Assistant United States Attorney
601 D Street, N.W.
Washington, DC 20530
(202) 252-7706

*Counsel for Plaintiff*

*Attorneys for the United States of America*