UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

HUMAN RIGHTS DEFENSE CENTER,

       Plaintiff,

    v.

FEDERAL BUREAU OF
INVESTIGATION,

       Defendant.

Civil Action No. 25-3920 (DLF)

## JOINT STATUS REPORT

Pursuant to the Court's February 24, 2026, Minute Order, Plaintiff Human Rights Defense Center and Defendant Federal Bureau of Investigation ("FBI") respectfully submit this joint status report for this Freedom of Information Act ("FOIA") civil action.  The parties report as follows:

1. This case concerns a FOIA request submitted to FBI on July 10, 2024.  Plaintiff's FOIA request generally sought records of all FOIA litigation against the FBI and/or its employees or agents where the agency and/or its insurers paid $1,000 or more to resolve claims.  *See* ECF No. 1, ¶ 11.  On July 16, 2024, FBI issued a letter to Plaintiff, conveying the agency's determination that, because Plaintiff's FOIA request did not reasonably describe the records sought, the request was not searchable in FBI's indices.  *See* ECF No. 1-3.  FBI's letter explained that the FBI Central Records System is indexed according to investigatory interests and, as such, is not arranged in a manner that allows for the retrieval of information in the form requested.  *See id.*  On August 2, 2024, Plaintiff administratively appealed FBI's decision to the Office of Information Policy of the U.S. Department of Justice ("DOJ/OIP").  On November 25, 2024, DOJ/OIP affirmed the FBI's action on Plaintiff's FOIA request.  *See* ECF No. 1-6.  DOJ/OIP explained that Plaintiff's request did not characterize the records sought in such a way that they

could be located without individually pulling thousands of files; and, as such, conducting the requested search would be unreasonably burdensome. *See id.*

2.      On November 12, 2025, Plaintiff filed the Complaint, alleging that it properly submitted its FOIA request and that FBI's failure to conduct an adequate search and promptly produce the materials requested violated FOIA. *See* ECF No. 1, ¶¶ 23-26. FBI answered the Complaint on January 14, 2026. *See* ECF No. 7.

3.      On January 15, 2026, the Court ordered the parties to file a joint status report by February 12, 2026. *See* Minute Order (Jan. 15, 2026). Consistent with such order, on February 12, 2026, the parties filed a joint status report. *See* ECF No. 8. Therein, the parties advised that they had met and conferred, in an attempt to resolve the dispute, but had been unable to do so. *See id.* Defendant reported that it had confirmed that it is unable to search for the records requested in a manner that would not present an unreasonably burdensome effort, and Plaintiff disputed Defendant's contention while reserving all rights, remedies, and claims sought in the Complaint. *See id.* The parties accordingly proposed a summary judgment briefing schedule. *See id.*

4.      On February 24, 2026, the Court held a telephonic scheduling conference with the parties, during which narrowing of the subject FOIA request was discussed. Following the conference, the Court ordered the parties to file a joint status report by April 21, 2026, should a stipulation of dismissal not be filed before such date. *See* Minute Order (Feb. 24, 2026).

5.      In the time since the conference, the parties have met and conferred and agreed on a narrowing of the subject FOIA request. FBI reports that it will begin processing materials responsive to the request soon, that it will process at a rate of 250 pages per month, and that it anticipates its first release being made on or before July 15, 2026.

6.      The parties respectfully request that the Court order the parties to file another joint status report on or before July 22, 2026.


Dated:  April 16, 2026                                    Respectfully submitted,


                                                          JEANINE FERRIS PIRRO
                                                          United States Attorney

 */s/ James M. Slater*
James M. Slater, D.C. Bar # 1044374
SLATER LEGAL PLLC                            By: /s/ *William Thanhauser*
2296 Henderson Mill Rd. N.E. #116                WILLIAM THANHAUSER
Atlanta, GA 30345                                D.C. Bar #1737034
james@slater.legal                              Assistant United States Attorney
Tel. (404) 458-7283                             601 D Street, N.W.
                                                Washington, DC 20530
                                                (202) 252-7706

*Counsel for Plaintiff*
                                             *Attorneys for the United States of America*