UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HUMAN RIGHTS DEFENSE CENTER,<br><br>      Plaintiff,<br><br>      v.<br><br>FEDERAL BUREAU OF<br>INVESTIGATION,<br><br>      Defendant. | Civil Action No. 25-3920 (DLF) |

**JOINT STATUS REPORT**

Pursuant to the Court's April 20, 2026, Minute Order, Plaintiff Human Rights Defense Center and Defendant Federal Bureau of Investigation ("FBI") respectfully submit this joint status report for this Freedom of Information Act ("FOIA") civil action.  The parties report as follows:

1.      This case concerns a FOIA request submitted to FBI on July 10, 2024.  Plaintiff's FOIA request generally seeks records of all FOIA litigation against the FBI and/or its employees or agents where the agency and/or its insurers paid $1,000 or more to resolve claims.  *See* ECF No. 1, ¶ 11.  On November 12, 2025, Plaintiff filed the Complaint.  *See* ECF No. 1.  On January 14, 2026, FBI answered the Complaint.  *See* ECF No. 7.

2.      In the last joint status report, ECF No. 9, the parties reported that they had agreed on a narrowing of the subject FOIA request.  Further, FBI reported that it would begin processing materials responsive to the request soon, that it would process at a rate of 250 pages per month, and that it anticipated its first release being made on or before July 15, 2026.

3.      Since then, on July 15, 2026, FBI completed its first production, releasing 213 pages of 250 pages reviewed.  FBI intends to continue to processing at this rate until all productions are made.

4.      The parties respectfully request that the Court order the parties to file another joint status report on or before October 20, 2026, with additional joint status reports due every ninety days thereafter.  The parties have provided a proposed order to that effect.


Dated: July 21, 2026                                    Respectfully submitted,


                                                        JEANINE FERRIS PIRRO
                                                        United States Attorney


 /s/ James M. Slater
James M. Slater, D.C. Bar # 1044374
SLATER LEGAL PLLC                       By: /s/ William Thanhauser
2296 Henderson Mill Rd. N.E. #116          WILLIAM THANHAUSER
Atlanta, GA 30345                          D.C. Bar #1737034
james@slater.legal                         Assistant United States Attorney
Tel. (404) 458-7283                        601 D Street, N.W.
                                           Washington, DC 20530
                                           (202) 252-7706

*Counsel for Plaintiff*
                                        *Attorneys for the United States of America*

- 2 -