UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HUMAN RIGHTS DEFENSE CENTER,<br><br>        Plaintiff,<br><br>    v.<br><br>FEDERAL BUREAU OF<br>INVESTIGATION,<br><br>        Defendant. | Civil Action No. 25-3920 (DLF) |

**[PROPOSED] ORDER**

Upon consideration of the joint status report and the entire record, the parties are ORDERED to file another joint status report on or before October 20, 2026, and additional joint status reports every ninety days until further Order of the Court.

SO ORDERED:

_____
        Dated

_____
Dabney L. Friedrich
United States District Judge