UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

HUMAN RIGHTS DEFENSE CENTER,

Plaintiff,

v.

FEDERAL BUREAU OF INVESTIGATION,

Defendant.

Civil Action No. 25-3920 (DLF)

**JOINT STATUS REPORT**

Pursuant to the Court's July 22, 2026, Minute Order, Plaintiff Human Rights Defense Center and Defendant Federal Bureau of Investigation ("FBI") respectfully submit this joint status report for this Freedom of Information Act ("FOIA") civil action. The parties report as follows:

1. This case concerns a FOIA request submitted to FBI on July 10, 2024. Plaintiff's FOIA request generally seeks records of all FOIA litigation against the FBI and/or its employees or agents where the agency and/or its insurers paid $1,000 or more to resolve claims. *See* ECF No. 1, ¶ 11. On November 12, 2025, Plaintiff filed the Complaint. *See* ECF No. 1. On January 14, 2026, FBI answered the Complaint. *See* ECF No. 7.

2. As previously reported, the parties have agreed on a narrowing of the subject FOIA request, and FBI is processing materials potentially responsive to the request at a rate of 250 pages per month. *See* ECF No. 9. FBI completed its first production on July 15, 2026, releasing 213 pages of 250 pages reviewed. *See* ECF No. 10.

3. FBI has since completed its second production on August 14, 2026, releasing 201 pages of 250 pages reviewed; its third production on September 15, 2026, releasing 168 pages of

250 pages reviewed; and its fourth production on October 15, 2026, releasing 239 pages of 250 pages reviewed. FBI reports that there are approximately 567 pages remaining to be processed.

4. The parties respectfully request that the Court order the parties to file another joint status report on or before January 19, 2027.

Dated: October 17, 2026

Respectfully submitted,

*/s/ James M. Slater*
James M. Slater, D.C. Bar # 1044374
SLATER LEGAL PLLC
2296 Henderson Mill Rd. N.E. #116
Atlanta, GA 30345
james@slater.legal
Tel. (404) 458-7283

*Counsel for Plaintiff*

JEANINE FERRIS PIRRO
United States Attorney

By: /s/ *William Thanhauser*
WILLIAM THANHAUSER
D.C. Bar #1737034
Assistant United States Attorney
601 D Street, N.W.
Washington, DC 20530
(202) 252-7706

*Attorneys for the United States of America*